# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAMELA ANN BEARD,

                 **Plaintiff,**

v.                                                          Case No:   **6:13-cv-965-Orl-22KRS**

COMMISSIONER OF SOCIAL
SECURITY,

                 **Defendant.**

_____

## ORDER

This cause is before the Court on the Complaint seeking review of the final decision of the Commissioner of Social Security denying Plaintiff's claim for social security benefits. (Doc. No. 1) filed on June 21, 2013.

The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and the case remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 11, 2014 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The final decision of the Commissioner of Social Security denying social security benefits is hereby REVERSED pursuant to sentence four of §405(g) and this case is REMANDED for further proceedings. The Clerk is directed to enter judgment accordingly.

3.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties